Frank D. Pond (CBN126191)
Kevin D. Jamison (CBN 22105)
Justin F. Cronin (CBN260188)
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles  CA  90071
Tel: 213-617-6170; Fax: 213-623-3594
Attorneys for Defendant CBS CORPORATION, etc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE YOCUM and TINA YOCUM<br><br>v.                                Plaintiff(s)<br><br>CBS CORPORATION, etc., et al.<br><br>                                Defendant(s). | CASE NUMBER<br><br>2:17-cv-01061-SJO-AJW<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

CHRISTOPHER G. CONLEY    of    EVERT WEATHERSBY & HOUFF
*Applicant's Name (Last Name, First Name & Middle Initial)*        200 Cleveland Road, Suite 6
706-389-7300            706-389-7301            Bogart  GA  30622
*Telephone Number*        *Fax Number*
cgconley@ewhlaw.com
            *E-Mail Address*                                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
CBS CORPORATION

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

JUSTIN F. CRONIN    of    POND NORTH LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        350 South Grand Avenue, Suite 3300
260188        213-617-6170        213-623-3594        Los Angeles  CA  90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jcronin@pondnorth.com
            *E-Mail Address*                                *Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:
☒ GRANTED.  Conditioned that all dates set shall remain.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  March 24, 2017                    *S. James Otero*
                                U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1