1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   GAVIN D. WHITIS (Bar No. 184133)
3  gwhitis@pondnorth.com
   JUSTIN F. CRONIN (Bar No. 260188)
4  jcronin@pondnorth.com
   POND NORTH LLP
5  355 South Grand Ave., 43rd Floor
   P.O. Box 17941
6  Los Angeles, CA 90071
   Telephone:  (213) 617-6170
7  Facsimile:  (213) 623-3594

8  WILLIAM D. HARVARD (*Admitted Pro Hac Vice*)
   wdharvard@ewhlaw.com
9  CHRISTOPHER G. CONLEY (*Admitted Pro Hac Vice*)
   cgconley@ewhlaw.com
10 EVERT WEATHERSBY & HOUFF
   200 Cleveland Road, Suite 6
11 Bogart, GA  30622
   Tel: (706) 389-7300
12 Fax: (706) 389-7301

13 Attorneys for Defendant CBS
   Corporation, a Delaware corporation,
14 f/k/a Viacom Inc., successor by merger
   to CBS Corporation, f/k/a Westinghouse
15 Electric Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WAYNE YOCUM and TINA YOCUM, | Case No: 2:17-cv-01061-SJO-AJW |
|---|---|
| Plaintiffs, | *[Removed from Los Angeles County Superior Court, Case No. BC630115]* |
| vs. | **CBS CORPORATION'S NOTICE OF APPEAL** |
| CBS CORPORATION, et al. | |
| Defendants. | |

## NOTICE OF APPEAL

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation

1
NOTICE OF APPEAL

4520-4525:4852-6364-3214.v1

1 ("Westinghouse"), by and through its undersigned counsel, gives notice that it hereby
2 appeals to the United States Court of Appeals for the Ninth Circuit from this Court's
3 Order of August 21, 2017, in which the Court remanded this matter to the Superior
4 Court of California in and for the County of Los Angeles through entry of the Order
5 Granting Plaintiffs' Renewed Motion to Remand (ECF No. 65, a copy of which is
6 attached as <u>Exhibit A</u> hereto)

Westinghouse's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Respectfully submitted,

Dated: September 6, 2017                POND NORTH LLP

By:   */s/ Kevin D. Jamison*
     KEVIN D. JAMISON
     Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation